DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE GOMEZ-SAWYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR-S-10-0522-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| JOSE GOMEZ-SAWYER | ) | Date:  March 8, 2011 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| | ) | |
| _____ | ) | |

The parties request that the status conference in this case be continued from February 15, 2011, to March 8, 2011 at 9:30 a.m.  They stipulate that the time between February 15, 2011 and March 8, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, to examine possible defenses, and to continue investigating the facts of the case.  The parties stipulate and agree that the

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §(7)(B)(iv).

Dated: February 14, 2011        Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Michele Beckwith
                               By: Michele Beckwith
                                       Assistant U.S. Attorney

Dated: February 14, 2011

                                       /s/ Douglas Beevers
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JOSE GOMEZ-SAWYER

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 15, 2011, be continued to March 8, 2011, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the March 8, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: February 14, 2011

                                       /s/ John A. Mendez
                                       Hon. John A. Mendez
                                       United States District Court Judge