DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE GOMEZ-SAWYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-0522-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| JOSE GOMEZ-SAWYER ) | Date: March 22, 2011 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. John A. Mendez |
| ) | |
| _____ ) | |

    The parties request that the status conference in this case be continued from March 8, 2011, to March 22, 2011 at 9:30 a.m. They stipulate that the time between March 8, 2011 and March 22, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, and to negotiate a possible resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and

1  the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

2  Dated:  March 7, 2011                 Respectfully submitted,
3
                                         DANIEL J. BRODERICK
4                                        Federal Public Defender
5
                                         /s/ Douglas Beevers
6                                        Assistant Federal Defender
                                         Attorney for Defendant
7                                        JOSE GOMEZ-SAWYER
8
   Dated: March 7, 2011                  BENJAMIN B. WAGNER
9                                        United States Attorney
10
                                         /s/ Michele Beckwith
11                                       Michele Beckwith
                                         Assistant United States Attorney
12

13                                **ORDER**

14     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
15  ordered that the status conference presently set for March 8, 2011, be
16  continued to March 22, 2011, at 9:30 a.m.  Based on the representation of
17  counsel and good cause appearing therefrom, the Court hereby finds that
18  the ends of justice to be served by granting a continuance outweigh the
19  best interests of the public and the defendant in a speedy trial.  It is
20  ordered that time from the date of this Order, to and including, the
21  March 22, 2011, status conference shall be excluded from computation of
22  time within which the trial of this matter must be commenced under the
23  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
24  T-4.
25  Dated: March 7, 2011
26                                         /s/ John A. Mendez
                                           Hon. John A. Mendez
27                                         United States District Court Judge
28

Stip and Order                         -2-